UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JON ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:20-cv-0086 AC P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    A review of plaintiff's complaint indicates that it is neither signed nor dated. See ECF No. 1 at 6. Rule 11 of the Federal Rules of Civil Procedure and the Local Rules require that every pleading, motion, or other paper filed in this court be signed. See Fed. R. Civ. P. 11(a); L.R. 131(b).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall send plaintiff a copy of this court's Civil Rights Complaint By A Prisoner form; and

////

////

1

2. Within thirty days of the date of this order, plaintiff shall file a first amended complaint with this court. The amended complaint shall be signed and dated by plaintiff.

DATED: January 16, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE